Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | Case No. CV 10-5530-AHM (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 3, 2010

HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge